1  JaVonne M. Phillips, Esq. SBN 187474
   Jennifer C. Wong, Esq. SBN 246725
2  **McCarthy & Holthus, LLP**
3  411 Ivy Street
   San Diego, CA 92101
4  Phone (877) 369-6122
   Fax (619) 685-4811
5

6  Attorneys for
   MTGLQ Investors, LP, its assignees and/or successors
7

8

9
                    UNITED STATES BANKRUPTCY COURT
10
                    CENTRAL DISTRICT OF CALIFORNIA
11
                         NORTHERN DIVISION
12

13  In re:                          ) Case No. 9:18-bk-10949-MB
                                     )
14  Maria Avila,                     ) Chapter 13
                                     )
15          Debtor.                  )
                                     )
16                                   ) **STIPULATION FOR ADEQUATE**
                                     ) **PROTECTION**
17                                   )
                                     )
18                                   )
                                     ) Date:   6/21/2019
19                                   ) Time:  10:30 AM
                                     ) Ctrm:   201
20                                   ) Place: 1415 State Street
                                     )        Santa Barbara CA, 93101
21                                   )
                                     ) Judge Martin R. Barash
22                                   )
                                     )
23                                   )
                                     )
24                                   )
                                     )
25                                   )
                                     )
26                                   )
                                     )
27                                   )
                                     )
28                                   )
                                     )
29  _____)

                                    1

                                              File No. CA-18-147672
                    Adequate Protection Stipulation, Case No.  9:18-bk-10949-MB

# ADEQUATE PROTECTION AGREEMENT

*(This attachment is the continuation page for paragraph 7 of this order.)*

The stay remains in effect subject to the following terms and conditions:

1. ☐ The Debtor tendered payments at the hearing in the amount of $_____.

2. ☒ The Debtor must make regular monthly payments in the amount of $2,426.04 commencing (*date*) 7/1/2019. The amount of these payments may be subject to change under the terms of the parties' original agreements. All payments due Movant under this Adequate Protection Agreement must be paid to Movant at the following address:

    Rushmore Loan Management Services LLC
    P.O. Box 52708
    Irvine, CA 92619-2708

3. ☒ The Debtor must cure the postpetition default computed through 6/5/2019 in the sum of $12,038.53 as follows:

    a. ☐ In equal monthly installments of $_____ each commencing (*date*) _____ and continuing thereafter through and including (*date*) _____.

    b. ☒ By paying the sum of $8,100.00 on or before (*date*) 6/25/2019,

    c. ☒ By paying the sum of $3,938.53 on or before (*date*) 6/30/2019,

    d. ☐ By paying the sum of $_____ on or before (*date*)_____,

    e. ☐ Other (*specify*):

4. ☒ The Debtor must maintain insurance coverage on the Property and must remain current on all taxes that fall due postpetition with regard to the Property.

5. ☐ The Debtor must file a disclosure statement and plan on or before (*date*) _____
   The disclosure statement must be approved on or before (*date*) _____
   The plan must be confirmed on or before (*date*) _____

6. ☒ Upon any default in the terms and conditions set forth in paragraphs 1 through 5 of this Adequate Protection Agreement, Movant must serve written notice of default to the Debtor and the Debtor's attorney, if any. If the Debtor fails to cure the default within 14 days after service of such written notice:

    a. ☐ The stay automatically terminates without further notice, hearing or order.
    b. ☒ Movant may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the court may grant without further notice or hearing.
    c. ☐ The Movant may move for relief from the stay upon shortened notice in accordance with LBRs.
    d. ☐ The Movant may move for relief from the stay on regular notice.

7. ☒ Notwithstanding anything contained in this Adequate Protection Agreement to the contrary, the Debtor shall be entitled to a maximum of (*number*) **(3) (three)** notices of default and opportunities to cure pursuant to the preceding paragraph. Once the Debtor has defaulted this number of times on the obligations imposed by this order and has been served with this number of notices of default, Movant is relieved of any obligation to serve additional notices of default or to provide additional opportunities to cure. If an event of default occurs thereafter, Movant will be entitled, without first serving a notice of default or providing the Debtor with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform under this Adequate Protection Agreement, together with a proposed order terminating the stay, which the court may enter without further notice or hearing.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                      Page 4                                      **F 4001-1.RFS.RP.ORDER**

8. ☒ This Adequate Protection Agreement is binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, this Adequate Protection Agreement ceases to be binding and Movant may proceed to enforce its remedies under applicable nonbankruptcy law against the Property and/or against the Debtor.

9. ☒ If Movant obtains relief from stay based on the Debtor's defaults under this Adequate Protection Agreement, the order granting such relief will contain a waiver of the 14-day stay as provided in FRBP 4001(a)(3).

10. ☒ Movant may accept any and all payments made pursuant to this order without prejudice to or waiver of any rights or remedies to which Movant would otherwise have been entitled under applicable nonbankruptcy law.

11. ☐ Other (specify):


Date   6/20/2019          /s/ Jennifer Wong
                          Nancy Lee, Esq.
                          Attorney for Movant


Date   6-20-19
                          Karen L Grant
                          Attorney for Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                        Page 5                        **F 4001-1.RFS.RP.ORDER**